■ In the Matter of SHARI R. COHEN, Respondent, v DAVID R. HOOTNICK, Appellant. In the Matter of DAVID HOOTNICK, Appellant, v SHARI R. COHEN, Respondent. SHARI R. COHEN, Respondent, v DAVID R. HOOTNICK, Appellant. (Appeal No. 4.) —Judgment unanimously modified on the facts and as modified affirmed without costs in accordance with the following Memorandum: We determine that Family Court's award of attorneys' fees to petitioner's attorneys is excessive. We find that the reasonable amount of services rendered by petitioner's attorneys in this proceeding is $8,500. Accordingly, we modify the judgment appealed from by reducing the amount awarded to $9,210.63, representing attorneys' fees of $8,500 and disbursements of $710.63. (Appeal from Judgment of Onondaga County Family Court, McLaughlin, J.—Counsel Fees.) Present—Callahan, J. P., Boomer, Green, Fallon and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLLIE SMITH, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Pine, Balio, Lawton and Doerr, JJ.

■ In the Matter of RICHARD ORWAT, Respondent, v COUNTY OF ERIE, Appellant.—Order unanimously affirmed with costs (see, Matter of Rotoli v Town of Gaines, 184 AD2d 1085 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Francis, J.—Late Notice of Claim.) Present—Callahan, J. P., Green, Lawton, Boehm and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK LATHROP, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Wisner, J.—Assault, 2nd Degree.) Present—Boomer, J. P., Green, Balio, Boehm and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD T. STOLL, Appellant.—Judgment unanimously affirmed (see, People v Wingate, 72 AD2d 955). (Appeal from Judgment of Oneida County Court, Murad, J.—Murder, 2nd Degree.) Present—Boomer, J. P., Green, Balio, Boehm and Fallon, JJ.